746 F.2d 1471
 Connor (Jimmy Franklin)
v.
Haugh (Robert James), Ins. Investigations Bureau, Inc.,
Parrish (J.K.), Feiment (Dave Sr.), Feiment Insurance
Agency(S) Inc., Agents of St. Paul Fire & Marine Ins. Co.,
General Adjustment Bureau, Ingram (John Randolph), County of
Haywood, Thornburg (Lacy H.), Gaines (Robert E.), Kirby
(Robert W.), Henry (Willaim G.), Martin (Vivian), Arrington
(Jack), Hipps (Charles W.), Edmisten (Rufus L.)
 NO. 84-1666
 United States Court of Appeals,
fourth Circuit.
 OCT 04, 1984
 
 1
 Appeal From: W.D.N.C.
 
 
 2
 AFFIRMED.